UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ANDREA WIREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:03-CV-229 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| THE HEIL CO., ) | |
| d/b/a HEIL ENVIRONMENTAL ) | |
| INDUSTRIES, LTD., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum, the Court hereby **DENIES** Plaintiff Andrea Wiren's motion for a new trial (Court File No. 97).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**